Case 5:21-CV-00210 1
Document 05-04-/2021

FILED
MAY 18 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

5-17-2021

IN The United STATES
DisTRicT CourT FoR The WESTERN DistRicT OF
TEXAS SAN AntoNio DIVision

| | | |
|---|---|---|
| PATRICK MiNoR<br>PLAintiFF | § § § | Private Right Suit |
| vs<br>RED Hook CAJUN<br>SEA Food, JOHN<br>L/N/U, OPERATioNS<br>MANAGER<br>DEFENdANTS | § § § § § § § | 5-21-CV-210-XR-RBF |

Plaintiffs Amended Complaint 70 IN
RESPonse To FEDERAl CourT ORDER ASKing
For A MoRE DEFiNiTE STATEMENT oF The
Claims he SEEks to pResent to the Court.

Now Comes Plantiff PATRick MiNoR in the above

style And RefeRence cause siting VioLATioNS

of civil Right 8 CHAPTER 21 Title VII

Lets go, number one, PlAntiff Minor was

given no schedual unLike the other workers

Number two PlAntiff Minor worked 7
"Seven" days a week and was given "No"

1

days off unlike the other workers in front of house and in ketchen back of house who was given two and 3 days off.

Number Three only and only after plantiff minor complaind and only only after two chinese workers was trained on the Fry Cook Position and only and only ofter John notice a limp in my walk after he took me to his house and told me to unload in his garage 50% LB Bags of seasonings About 30 of them was I Fired.

Number Four two workers that I know of namely Gilbert & David was given A salary but not me Plaintiff" I was the only one that was hourly in the "kitchen"

2

Number Five After I Recieve a $900.00 and something check was my hours dollar check was my hours cut From 10 to 12 hours A day to 3 to 4 hours A day I ask if I could come in one houre Late on Sunday And he Got Made
Number Six I was similarly suited to the other employees however treted Less Favorable according to the Foregoing Red book Crab Shack is guilty of Age & Race Discrimination Now if this is not Racial Discrimination then I dont know what is

28 USC 1744 Mr Minor, Patrick
Mr Minor, Patrick
7815 Larcrest Ln
San Antonio Texas
78251
Phone 210) 305/2664
EMail MinorPatrick0064 @ GMail.Com

3

EEOC Form 161 (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Patrick Minor**
7815 Larcrest Lane
San Antonio, TX 78251

From: **San Antonio Field Office**
5410 Fredericksburg Rd
Suite 200
San Antonio, TX 78229

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 451-2020-01296 | De Anna M. Hayward, Federal Investigator | (210) 640-7537 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

_____    9/23/2020
Travis G. Hicks,                    (Date Mailed)
Director

Enclosures(s)

cc: **RED HOOK CAJUN SEAFOOD**
c/o Allison S. Hartry
The Morales Firm, P.C.
6243 Interstate 10 West, Suite 132
San Antonio, TX 78201