#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF TEXAS
#### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PATRICK MINOR, <br> *Plaintiff* <br><br> -vs- <br><br> RED HOOK CAJUN SEAFOOD, JOHN L/N/U, OPERATIONS MANAGER <br> *Defendants* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | SA-21-CV-00210-XR |

### FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Patrick Minor shall take nothing by his claims against Defendants Rood Hook Cajun Seafood and John L/N/U, Operations Manager, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

SIGNED this 20th day of July, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE